**Order filed November 1, 2016**



**In The**

# 𝕱ourteenth Court of Appeals

_____

**NO. 14-16-00028-CR**
**NO. 14-16-00029-CR**
_____

**JEFF WINGWAI MA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 15**
**Harris County, Texas**
**Trial Court Cause Nos. 2029523 & 2029524**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 35, an audio recording.**

The clerk of the County Criminal Court at Law No. 15 is directed to deliver to the clerk of this court the original of State's Exhibit 35, an audio recording, on or before **November 8, 2016.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 35, an audio recording, to the clerk of the County Criminal Court at Law No. 15.

PER CURIAM